Peter C. Forney, Appellee, v. Michael La Susa and Anna La Susa, Appellants.

Gen. No. 46,693.

First District, First Division.

January 9, 1956.

Released for publication February 27, 1956.

Smith & Munson, and Simon Herr, for appellants; Benjamin Meister, for appellee. Opinion by JUDGE NIEMEYER. Not to be published in full.